UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-580

| | |
|---|---|
| JENNIFER L. WILSON, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )    ORDER<br>) |
| SUNTRUST MORTGAGE, INC., RESIDENTIAL FUNDING COMPANY, LLC, and HUTCHENS, SENTER, BRITTON, PA, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court *sua sponte*. All defendants have filed motions to dismiss (Doc. Nos. 22, 24) and the Court granted the motion of Suntrust Mortgage and Residential Funding Company for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 35). However, Defendant Hutchens, Senter, Britton, PA remains as a defendant. Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), which was denied by the court on March 19, 2012; however, Defendant has not filed an answer.

Defendant is HEREBY ORDERED to file an answer in the above captioned action within seven (7) days of the issuance of this order or the Court will order entry of default.

IT IS SO ORDERED.

Signed: March 28, 2012

Frank D. Whitney
United States District Judge