UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-580

| | |
|---|---|
| JENNIFER L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SUNTRUST MORTGAGE, INC., ) | |
| RESIDENTIAL FUNDING COMPANY, ) | |
| LLC, and HUTCHENS, SENTER, ) | |
| BRITTON, PA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon Plaintiff's Response to Defendant's Motion to Dismiss (Doc. No. 59). The Court hereby DEFERS RULING on the motion; however, Plaintiff points out that Defendant's memorandum of law in support of their motion (Doc. No. 55) fails to include a certificate of word count compliance, as required by section 3(b)(iv) of the Court's initial scheduling order, which was served on the parties on November 15, 2011. The Court construes Plaintiff's attention to this as a motion to strike, and that motion is HEREBY GRANTED.

While Defendants are not permitted to change the substance of their motion, they are HEREBY ORDERED to file an amended motion with the required certificate of word count compliance within twenty-four (24) hours of the issuance of this order or their motion will be dismissed with prejudice.

IT IS SO ORDERED.

Signed: August 7, 2012

*[signature]*

Frank D. Whitney
United States District Judge