UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-00580-FDW-DSC

| | |
|---|---|
| JENNIFER L. WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUNTRUST BANK, SUNTRUST )<br>MORTGAGE, INC., RESIDENTIAL )<br>FUNDING COMPANY, LLC, f/k/a )<br>RESIDENTIAL FUNDING )<br>CORPORATION, THE LAW FIRM OF )<br>HUTCHENS, SENTER & BRITTON, )<br>P.A., and DOES 1-10, )<br>)<br>Defendants. ) | NOTICE OF HEARING |

**TAKE NOTICE** that a hearing on Defendant Law Firm of Hutchens, Senter & Britton's Motion for Summary Judgment, (Doc. No. 68), before the undersigned United States District Judge, is to be held at **10:00 a.m.** on **Friday, February 8, 2013**, in the Charles R. Jonas Federal Building in Charlotte, North Carolina, Courtroom 1. Oral arguments will be limited to fifteen (15) minutes for Plaintiff and, likewise, fifteen (15) minutes for Defendant.

IT IS SO ORDERED.

Signed: December 21, 2012

Frank D. Whitney
United States District Judge

1